AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Lihua Gan, Pu Gao, Yashu Li, Ruimin Liu, Na Tang, Kaiqin Wang, Weishan Wen, Xingqin Wen, Dong Yan, Siyun Yan, Xinlin Yang, Jinchun Li, Guoyong Ma, Lijuan Yang <br> *Plaintiff(s)* <br> v. <br> GSUIG Real Estate Member LLC, Webster Bank, N.A. F/K/A Sterling National Bank, Empire Outlet Management, LLC, BFC Partners, LLC <br> *Defendant(s)* | Civil Action No. 1:24-cv-04234-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Webster Bank
19 Summer Street
Stamford, CT 06905

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shiyong Ye
Matthew Sava
Matthew Livingston
Reid & Wise LLC
One Penn Plaza, Suite 2015
(212) 858-9968

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: June 17, 2024

*- Director*

*Signature of Clerk or Deputy Clerk*