## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LIHUA GAN, PU GAO, YASHU LI, RUIMIN LIU, NA TANG, KAIQIN WANG, WEISHAN WEN, XINGQIN WEN, DONG YAN, SIYUN YAN, XINLIN YANG, JINCHUN LI, GUOYONG MA, AND LIJUAN YANG, | Case No.: 1:24-cv-04234-JAM |
| Plaintiffs, | |
| v. | |
| GSUIG REAL ESTATE MEMBER LLC, WEBSTER BANK, N.A. F/K/A STERLING NATIONAL BANK, EMPIRE OUTLET MANAGEMENT, LLC, BFC PARTNERS, LLC, | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that John J. Kuster, who is admitted to practice in this Court, respectfully enters his appearance as counsel for defendant GSUIG Real Estate Member LLC, and requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon him.

Dated: New York, New York
     July 24, 2024

*/s/ John J. Kuster*       
John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
Email: jkuster@sidley.com

*Attorneys for Defendant GSUIG Real Estate Member LLC*