UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

LIHUA GAN, PU GAO, YASHU LI, RUIMIN LIU, NA TANG, KAIQIN WANG, WEISHAN WEN, XINGQIN WEN, DONG YAN, SIYUN YAN, XINLIN YANG, JINCHUN LI, GUOYONG MA, and LIJUAN YANG,

        PlaintiffS,

v.

GSUIG REAL ESTATE MEMBERS LLC, WEBSTER BANK, N.A. F/K/A STERLING NATIONAL BANK, EMPIRE OUTLET MANAGEMENT, LLC, and BFC PARTNERS, LLC,

        DefendantS.
_____

**NOTICE OF APPEARANCE**

Civil Action No. 1:24-cv-04234-RER

**PLEASE TAKE NOTICE,** that Joseph B. Schmit, Esq. of Phillips Lytle LLP, hereby appears in this action as counsel for defendant Empire Outlet Management, LLC, and requests that all papers, pleadings, notices, orders and all other related documents in this lawsuit be served upon the undersigned.

Dated: August 9, 2024

        **PHILLIPS LYTLE LLP**

        By:   /s/ Joseph B. Schmit_____
               Joseph B. Schmit
               *Attorneys for Defendant*
               620 Eighth Avenue, 38th Floor
               New York, NY  10018-1442
               Telephone No. (212) 508-0481
               Email: jschmit@phillipslytle.com

Doc #1806157.1