**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------

LIHUA GAN, PU GAO, YASHUI LI, RUIMIN LIU,
NA TANG, KAIQIN WANG, XINGQI WANG,
WEISHAN WEN, XINGQIN WEN, DONG YAN,
SIYUN YAN, HAODING YANG, AND LIJUAN
YANG

     *Plaintiffs*

v.

GSUIG REAL ESTATE MEMBER LLC,
WEBSTER BANK, N.A. F/K/A STERLING
NATIONAL BANK, EMPIRE OUTLET
MANAGEMENT, LLC, BFC PARTNERS, LLC

     *Defendants*

Case No.: 1:24-cv-04234-RER-JAM

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew J. Livingston, of Reid & Wise, LLC, who is

admitted to practice in this Court, respectfully enters his appearance as counsel for plaintiffs

LIHUA GAN, PU GAO, YAHUI LI, RUIMIN LIU, NA TANG, KAIQIN WANG, XINGQI

WANG, WEISHAN WEN, XINGQIN WEN, DONG YAN, SIYUN YAN, HAODING YANG

and LIJUAN YANG and requests that copies of all future pleading, filings, notices,

correspondence, and other papers be served upon him.

Dated: August 20, 2024

        /s/ *Matthew J. Livingston*
        Matthew J. Livingston
        **REID & WISE, LLC**
        One Penn Plaza, Suite 2015
        New York, NY 10119
        (212) 858-9982
        mlivingston@reidwise.com
        *Counsel to Plaintiffs*